*Monday, March 23, 1998*

## MOTION DOCKET

**98-305.  Smith v. Shelby Ins. Group.**
Trumbull App. Nos. 96-T-5547 and 96-T-5566.  This cause is pending before the court as a discretionary appeal and cross-appeal and claimed appeal of right.  On March 9, 1998, appellee/cross-appellant filed a motion for leave to file a reply memorandum in support of appellee/cross-appellant's previously filed motion to dismiss appellant/cross-appellee's appeal.  Whereas S.Ct.Prac.R. XIV(4)(B) prescribes that a reply to a memorandum opposing a motion shall not be filed by the moving party,

IT IS ORDERED by the court that the motion for leave to file a reply memorandum be, and hereby is, denied.

*Wednesday, March 25, 1998*

## MERIT DOCKET

**98-89.  State ex rel. Orth v. Christiansen.**
In Mandamus.  This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondent's motion to dismiss,

IT IS ORDERED by the court that the motion to dismiss be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed. MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98-443.  State ex rel. Brown v. Franks.**
In Procedendo and Prohibition.  This cause originated in this court on the filing of a complaint for writs of procedendo and prohibition.  Upon consideration of relator's motion to expedite,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents and would grant an alternative writ.